**FRANKFORT DISTILLERIES, Incorporated, Plaintiff-Appellant, v. William BECKER, Jr., Sole Trader Doing Business as Midwest Distilling Company; Joseph Mayer, Jacob Stariha, and Henry Sawinski, Defendants-Appellees.**

**No. 6630.**

Circuit Court of Appeals, Seventh Circuit.

July 18, 1938.

Joseph V. Quarles, of Milwaukee, Wis., for appellant.

Julius O. Roehl, of Milwaukee, Wis., for respondent William Becker, Jr., sole trader doing business, as Midwest Distilling Company.

Before EVANS, Circuit Judge.

EVANS, Circuit Judge.

Now this day come the parties by their counsel and present a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated by and between the parties to the above entitled action, through their respective attorneys, that the appeal in said action may be dismissed without costs to either party.

"Dated this 15th day of July, 1938."

On consideration whereof, it is now here ordered, adjudged and decreed by this court that this appeal be, and the same is hereby, dismissed, without costs to either party pursuant to the foregoing stipulation.

■

**Eliza A. FRAZIER, née Edward, v. Nancy NOAH, née Frazier, et al.**

**No. 1798.**

Circuit Court of Appeals, Tenth Circuit.

March 25, 1939.

Grady Lewis, of Oklahoma City, Okl., and F. L. Welch, of Antlers, Okl., for appellant.

I. C. Sprague, of Idabel, Okl., for appellees Nancy Noah, née Frazier, et al.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, at appellant's costs, pursuant to stipulation.